# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# GAINESVILLE DIVISION

| | |
|---|---|
| In re:<br><br>Ringgo Neil Buenaseda,<br><br>    Debtor. | Case No. 2:13-CV-00218-RWS |
| Bank of America, N.A.,<br><br>    Appellant,<br><br>v.<br><br>Ringgo Neil Buenaseda,<br><br>    Appellee. | |

## ORDER

For the reasons set forth in the Motion for Summary Affirmance filed by Bank of America, N.A., the Stipulated Order Resolving Contested Matter Subject To Appellate Review entered by the United States Bankruptcy Court for the Northern District of Georgia (Brizendine, J.) on August 19, 2013 is hereby AFFIRMED.

Date: Oct 16, 2013

The Honorable William C. O'Kelley
United States District Court Judge