UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
GAINESVILLE DIVISION

| | |
|---|---|
| RINGGO NEIL BUENASEDA,<br><br>      Debtor, | BANKRUPTCY CASE NO.<br><br>13-20658-REB |
| BANK OF AMERICA, N.A.,<br><br>      Appellant,<br>vs. | ADVERSARY NO. |
| RINGGO NEIL BUENASEDA,<br><br>      Appellee. | CIVIL ACTION FILE<br><br>NO. 2:13-CV-00218-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for consideration of the appeal of the bankruptcy order entered 8/19/2013, and the court having rendered its decision, it is

**Ordered and Adjudged** that the order of the bankruptcy court is **affirmed** and the appeal is **dismissed**.

Dated at Gainesville, Georgia this 17th day of October, 2013.

                                                        JAMES N. HATTEN
                                                        CLERK OF COURT

                                       By:   s/Vicki L. Dougherty
                                                        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  October 17, 2013
James N. Hatten
Clerk of Court

By: s/Vicki L. Dougherty
      Deputy Clerk